UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

PENN-AMERICA INSURANCE
COMPANY, a foreign corporation,

        CASE NO: 06-22498-CIV
        ALTONAGA/TURNOFF

    Plaintiff,

vs.

PARTNER'S SUPERMARKET, INC., etc, et al.,

    Defendants.
_____/

### ORDER COMPELLING ANTON SAMMOUR TO APPEAR FOR TRIAL

**THIS CAUSE** came before the Court during Calendar Call on June 5, 2007, upon the Plaintiff, Penn-America Insurance Company and the Defendant, Charles O. Morgan, Jr.'s, Joint *Ore Tenus* Motion for an Order Compelling Anton Sammour to Attend Trial in this Cause. The Defendant, Anton Sammour, did not attend Calendar Call on June 5, 2007, and Mr. Sammour did not attend the mediation in the case. (*See Mediation Report* [D.E. 33]). In addition, the parties have informed the Court that a trial subpoena was issued for Mr. Sammour to attend the trial and it was served on him on May 31, 2007. Being fully advised, it is

**ORDERED AND ADJUDGED** that Mr. Sammour is hereby ordered to attend the trial which is currently scheduled during the two week trial period June 11, 2007. The Court presently anticipates that trial will commence on **June 20, 2007**, however, it may begin at an earlier date. Mr. Sammour should be available for the whole two-week trial period.

The Court further orders that Mr. Sammour shall attend a status conference before the Court that is scheduled for **June 18, 2007** at 9:00 a.m.. Counsel for Plaintiff, Penn-America Insurance Company and counsel for Defendant, Charles O. Morgan, shall serve Mr. Sammour with this Order forthwith and submit proof of such service to the Court. Mr. Sammour's failure

1

CASE NO: 06-22498-CIV-ALTONAGA/Turnoff

to appear at the status conference may result in an order directing the U.S. Marshal to forcibly bring Mr. Sammour before the undersigned.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 5th day of June, 2007.

*Cecilia M. Altonaga*
CECILIA M. ALTONAGA
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Magistrate Judge William C. Turnoff
Austin Carr, Esq., Bruce Aebel, Esq., Marc L. Brumer, Esq.
Anton Sammour, individually