UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 06-22498-CIV-ALTONAGA/Turnoff

**PENN-AMERICA INSURANCE COMPANY**,

    Plaintiff,

vs.

**PARTNER'S SUPERMARKET, INC.**;
**ANTON SAMMOUR**; **CHARLES O. MORGAN, JR.** as personal representative of **THE ESTATE OF ADEL RASHEDI POUR**, for the use and benefit of **ATHEFEH ZAHEDI**, Adel's wife and their children, **OMID ZAHEDI** and **AMEN ZAHEDI**,

    Defendants.
_____/

## FINAL DECLARATORY JUDGMENT

**THIS CAUSE** came before the Court for trial on June 19, 2007. The issue of whether Mr. Adel Rashedi Pour was an employee or an independent contractor of Partner's Supermarket, Inc. and/or Mr. Anton Sammour at the time of the incident having been duly tried, and the Jury having made its finding that Mr. Pour was an employee at the time of the incident, it is

**ORDERED AND ADJUDGED** that Penn-America has no duty to indemnify Partner's Supermarket for any damages claimed by or awarded to Mr. Pour arising out of the loss on August 31, 2004. The Clerk of the Court is instructed to **CLOSE** this case, and all pending motions are **DENIED AS MOOT**.

Case No. 06-22498-CIV-ALTONAGA/Turnoff

**DONE AND ORDERED** in Chambers at Miami, Florida, this 20th day of June, 2007.

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc:  (1) Magistrate Judge William C. Turnoff
 (2) counsel of record
 (3) Partner's Supermarket, Inc.
  14604 SW 44th Terrace
  Miami, FL 33175
 (4) Anton Sammour, *pro se*
  14604 SW 44th Terrace
  Miami, FL 33175